IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LARRY EUGENE DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No. 07-1192-HU |
| v. | ) | |
| | ) | O R D E R |
| BRIAN BELLEQUE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Harrison Latto
Attorney at Law
1631 NE Broadway, No. 533
Portland, Oregon 97232

     Attorney for Petitioner

John Kroger
Attorney General
Lynn David Larsen
Department of Justice
1162 Court Street N.E.
Salem, Oregon 97301-4096

     Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 10, 2009. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated February 10, 2009 in its entirety.

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (#1) is denied.

DATED this ___10th___ day of March, 2009.

                                           /s/ Garr M. King
                                              GARR M. KING
                                         United States District Judge